NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**TELEDYNE TECHNOLOGIES, INCORPORATED,**
*Plaintiff-Appellant,*

v.

**HARRIS CORPORATION,**
*Defendant-Appellee.*

---

2011-1491

---

Appeal from the United States District Court for the Central District of California in case no. 11-CV-0139, Judge Dean D. Pregerson.

---

## ON MOTION

---

Before PROST, *Circuit Judge.*

### ORDER

Teledyne Technologies, Incorporated moves to expedite the briefing schedule and decision by this court.

Teledyne may of course, without order from this court, expedite the briefing schedule by filing its own briefs significantly early. However, the briefing schedule suggested by Teledyne proposes no such significant expedited

briefing. The case will be assigned to a panel after briefing is completed, which is the usual course.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

AUG 0 1 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Frederick A. Lorig, Esq.
Henry C. Bunsow, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 0 1 2011

JAN HORBALY
CLERK